**Amarjeet SINGH, Petitioner,**

v.

**ERIC H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–73724.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 17, 2012.

William Frick, Law Office of William Frick, Mercer Island, WA, for Petitioner.

Richard Zanfardino, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Amarjeet Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review de novo constitutional claims, *Vasquez–Zavala v. Ashcroft,* 324 F.3d 1105, 1107 (9th Cir.2003), and we deny the petition for review.

Singh's contention that the BIA violated his right to due process by failing to provide him with a transcript of proceedings fails because he did not demonstrate prejudice. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring prejudice for a petitioner to prevail on a due process claim).

Singh has waived any further challenge to the agency's denial of his motion to reopen based on ineffective assistance of counsel. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.